# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** **Plaintiff,** vs. **JESSE BARTA,** **Defendant.** | MJ 22-42-GF-JTJ (2021 CF3 003816) **ORDER FOR TRANSFER TO DISTRICT OF OFFENSE** |

IT IS HEREBY ORDERED that the United States Marshal shall transport the defendant to the Superior Court of the District of Columbia, Criminal Division, where the original charging documents were filed.

DATED this 9th day of June, 2022.

_____
Brian Morris, Chief District Judge
United States District Court